THE PEOPLE OF THE STATE OF NEW YORK ex rel. VILLAGE CONSTRUCTION CORPORATION, Appellant-Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [130 W. 12th St., Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of the Arbitration between ARMAND LEVY, Respondent, and CHANTOUB BENICHOU, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *post*, p. 840.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GOELET, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [410 Park Ave., Borough of Manhattan.] — Order modified so as to provide for the fixing of the assessed valuations of the property as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $560,000 | $335,000 | $895,000 |
| 1942–43 | 535,000 | 320,000 | 855,000 |
| 1943–44 | 500,000 | 305,000 | 805,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to affirm. No opinion. Settle order on notice.

In the Matter of the Arbitration between HARRY J. GRUBER, Respondent, and ALBERT SHUMAN, Respondent. PHILIP SCHULMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *post*, p. 839.]

ALBERT E. McKENZIE, as Trustee in Bankruptcy of Graves, Quinn Corporation, Respondent, v. IRVING TRUST COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.